Jory C. Ruggiero, Esq.
Domenic A. Cossi, Esq.
WESTERN JUSTICE ASSOCIATES, PLLC
303 West Mendenhall Street, Suite 1
Bozeman, MT 59715
Ph:	(406) 587-1900
Fax:	(406) 587-1901
Email: *jory@westernjusticelaw.com*
Email: *domenic@westernjusticelaw.com*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| LAUREN M. PRICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G'S LOGISTICS, INC., and JOHN DOES 1-5,<br><br>　　　　Defendant. | Cause No. CV-21-13-BU-BMM-JTJ<br><br>**COMPLAINT FOR DAMAGES and**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Lauren M. Price alleges as follows in support of her claims against Defendant:

## I.　　PARTIES, JURISDICTION AND VENUE

1.　Plaintiff Lauren Price is a citizen and resident of Gallatin County, Montana where the collision occurred and where Defendant has a duty to pay for Ms. Price's damages.

2. Defendant G'S Logistics, Inc. (G'S Logistics), is a corporation authorized to do business in Montana with its citizenship and principal place of business in Eden, Utah.

3. Defendants John Does 1-5 are other people or entities that may be liable to Ms. Price for the damages sought in this Complaint for Damages and Demand for Jury Trial.

4. This Court has jurisdiction over the subject matters and the parties to this action pursuant to 28 U.S.C. Code § 1332 as the amount in controversy exceeds $75,000 and the parties are citizens of different states.

5. Pursuant to 28 U.S.C. § 1391, venue properly lies in the United States District Court for the District of Montana, Butte Division.

## II. GENERAL ALLEGATIONS

6. On January 24, 2019, G'S Logistics' driver was driving a box truck owned by G'S Logistics in the course and scope of his employment.

7. G'S Logistics' driver was driving in a negligent manner and was the sole cause of a motor vehicle collision in which Mr. Price suffered a traumatic brain injury and orthopedic injuries to her head, neck, back and right shoulder.

8. As a result of her injuries, Ms. Price has incurred medical expenses, lost income, suffered physical pain and discomfort, experienced emotional distress,

sustained a loss of established lifestyle, and incurred other damages. Ms. Price's damages are continuing.

9. Defendant had knowledge of facts that created a high probability of injury to the Plaintiff and deliberately proceeded to act with indifference and conscious or intentional disregard of the high probability of injury to the Plaintiff.

### III.   CLAIMS FOR RELIEF
### COUNT ONE – NEGLIGENCE

10. All allegations asserted in this Complaint are incorporated herein by reference.

11. At the time of the collision, G'S Logistics' driver was driving a box truck in the course and scope of his employment with G'S Logistics.

12. G'S Logistics' driver had a duty to operate the vehicle safely and prudently. G'S Logistics' driver breached that duty and injured Ms. Price.

13. G'S Logistics' driver failed to yield the right-of-way on a through highway and was the sole cause of the collision.

14. G'S Logistics' driver was driving in a negligent manner, and Ms. Price's injuries and damages were caused solely by his negligence.

15. Upon information and belief, G'S Logistics is responsible under principles of Respondeat Superior for the damages to Ms. Price alleged herein.

16. Ms. Price is entitled to reasonable compensation for her injuries and damages in an amount to be proven at trial.

17. Ms. Price is entitled to punitive damages pursuant to Mont. Code Ann. § 27-1-221.

### IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1. A judgment for compensatory damages against G'S Logistics in an amount to be proven at trial, together with interest and costs;

2. For prejudgment interest as permitted by law;

3. For attorney fees and costs;

4. For Punitive damages; and

5. For such other and further relief as is deemed just and equitable by this Court.

Plaintiff demands a jury trial on all issues so triable.

DATED this 19th day of February, 2021.

WESTERN JUSTICE ASSOCIATES, PLLC


*/s/ Jory C. Ruggiero*
JORY C. RUGGIERO, ESQ.
DOMENIC A. COSSI, ESQ.
303 W. Mendenhall, Suite 1
Bozeman, Montana 59715
*Attorneys for Plaintiff*